UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RUBY MONTOU** | * | **CIVIL ACTION NO. 2:13-cv-3044** |
| | * | |
| | * | |
| **VS.** | * | |
| | * | **JUDGE MINALDI** |
| **DOLGENCORP, LLC; COCA-COLA BOTTLING COMPANY UNITED, INC.; BRYAN LEGER; AND JOHN DOE** | * * * * | **MAGISTRATE JUDGE KAY** |

## REPORT AND RECOMMENDATION

In a separately issued Memorandum Order, the undersigned denied plaintiff's Motion to Remand and for attorney fees, [doc. 10], determining that that Bryan Leger was improperly joined as defendant in this matter. For the reasons stated in that Memorandum Order,

**IT IS RECOMMENDED** that defendant Bryan Leger be **DISMISSED** from this action.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have 14 business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within 14 days following the date of its service shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.** *See Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1429–30 (5th Cir. 1996).

THUS DONE this 21st day of July, 2014.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE