RECEIVED
IN LAKE CHARLES, LA.
DEC -5 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| RUBY MONTOU, | * CIVIL ACTION NO. 2:13-cv-3044 |
| Plaintiff, | * |
| v. | * JUDGE MINALDI |
| DOLGENCORP, LLC, ET AL., | * |
| Defendants. | * MAGISTRATE JUDGE KAY |

*************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 17] and accompanying Memorandum Order [Doc. 16] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings of the Magistrate Judge, as amended in the accompanying Memorandum Ruling, are correct under applicable law,

**IT IS ORDERED** that the Report and Recommendation [Doc. 17] and accompanying Memorandum Order [Doc. 16] be **AMENDED, IN PART,** and as amended, **AFFIRMED.**

**IT IS FURTHER ORDERED** that the plaintiff's Motion to Remand [Doc. 10] be and hereby is **GRANTED.**

Lake Charles, Louisiana, this 4 day of _____Dec_____, 2014.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE